UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| SARA K. ANDERBERG, AMY BERNSTEIN, SARAH E. BROWN, STEPHANIE L. BROWN, MARIA E. CARRIERI, NANCY CARTER, MARY A. COLEMAN, CLEO M. DANIEL, PETER DIGILIO, TONI DUFFY, POLLY J. HINEMAN, LUCILLE LIGGON, MONICA G. LOMAX, BETTY LUNDY, APRIL F. MARTIN, JUANITA MATHIS, VICKIE MERRITT, LOIS A. MILLER, ROBET P. MOLLENHAUER, MARY PADULA, JANE ROBERTS, LYDIA K. TUPUOLA, MELITTA S. VALNION, BETTY A. VAUGHN, CARMEN R. WOOD, | : | |
| Plaintiffs. | : | Civil Action |
| v. | : | No. 04-11346-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : | |
| Defendants. | : | |

---

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: July 6, 2004<br>      Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br> Boehringer Ingelheim Pharmaceuticals, Inc. |