UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SARA K. ANDERBERG, AMY BERNSTEIN, SARAH E. BROWN, STEPHANIE L. BROWN, MARIA E. CARRIERI, NANCY CARTER, MARY A. COLEMAN, CLEO M. DANIEL, PETER DIGILIO, TONI DUFFY, POLLY J. HINEMAN, LUCILLE LIGGON, MONICA G. LOMAX, BETTY LUNDY, APRIL F. MARTIN, JUANITA MATHIS, VICKIE MERRITT, LOIS A. MILLER, ROBET P. MOLLENHAUER, MARY PADULA, JANE ROBERTS, LYDIA K. TUPUOLA, MELITTA S. VALNION, BETTY A. VAUGHN, CARMEN R. WOOD,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11346-GAO

---

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

|  |  |
|---|---|
| Dated: July 6, 2004<br>Boston, Massachusetts | Respectfully submitted, |
|  | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |