UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SARA K. ANDERBERG, AMY BERNSTEIN,
SARAH E. BROWN, STEPHANIE L. BROWN,
MARIA E. CARRIERI, NANCY CARTER,
MARY A. COLEMAN, CLEO M. DANIEL,
PETER DIGILIO, TONI DUFFY, POLLY J.
HINEMAN, LUCILLE LIGGON, MONICA G.
LOMAX, BETTY LUNDY, APRIL F. MARTIN,
JUANITA MATHIS, VICKIE MERRITT, LOIS
A. MILLER, ROBERT P. MOLLENHAUER,
MARY PADULA, JANE ROBERTS, LYDIA K.
TUPUOLA, MELITTA S. VALNION, BETTY A.
VAUGHN, CARMEN R. WOOD,

   Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11346-GAO

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus

Pharmaceuticals, Inc. in the above-captioned action.


Dated: July 13, 2004                          Respectfully submitted,
        Boston, Massachusetts

                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                      MEAGHER & FLOM LLP
Barbara Wrubel                                One Beacon Street
Katherine Armstrong                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                              Indevus Pharmaceuticals, Inc.