UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SARA K. ANDERBERG, AMY BERNSTEIN,
SARAH E. BROWN, STEPHANIE L. BROWN,
MARIA E. CARRIERI, NANCY CARTER,
MARY A. COLEMAN, CLEO M. DANIEL,
PETER DIGILIO, TONI DUFFY, POLLY J.
HINEMAN, LUCILLE LIGGON, MONICA G.
LOMAX, BETTY LUNDY, APRIL F. MARTIN,
JUANITA MATHIS, VICKIE MERRITT, LOIS
A. MILLER, ROBERT P. MOLLENHAUER,
MARY PADULA, JANE ROBERTS, LYDIA K.
TUPUOLA, MELITTA S. VALNION, BETTY A.
VAUGHN, CARMEN R. WOOD,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11346-GAO

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc.

("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware

Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of

its stock.

Dated:  July 13, 2004                                Respectfully submitted,
        Boston, Massachusetts

                                                     /s/Matthew J. Matule
                                                     Matthew J. Matule (BBO #632075)
                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                             MEAGHER & FLOM LLP
Barbara Wrubel                                       One Beacon Street
Katherine Armstrong                                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                       Counsel for Defendant
                                                     Indevus Pharmaceuticals, Inc.