UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA K. ANDERBERG, *et al*<br><br>Plaintiffs,<br><br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., *et al*<br><br>Defendants. | Civil Action No.<br>1:04-cv-11346-GAO |

### DISMISSAL OF PLAINTIFF NANCY CARTER WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties by their respective counsel hereby stipulate that **plaintiff Nancy Carter's** claims, including all claims, cross-claims, and counterclaims asserted related to plaintiff Nancy Carter, be dismissed with prejudice without costs to any party and with all rights of appeal waived.

Respectfully submitted,

**Plaintiffs, including Nancy Carter,**

By their attorneys,

_____
Michael P. Friedman, BBO # 180200
**BRICKLEY, SEARS & SORETT, P.A.**
75 Federal Street
Boston, MA 02110
(617) 542-0896

**Wyeth, Inc.**
**Wyeth Pharmaceuticals Inc.,**

By its attorneys,

_____
William A. McCormack, BBO #329580
Janice W. Howe, BBO #242190
David Yamin, BBO #562216
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Indevus Pharmaceuticals, Inc.
Boehringer Ingelheim Pharmaceuticals, Inc.

By its attorneys,

_/s/ Matthew J. Matule_
Matthew J. Matule, BBO #632075
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Beacon Street
Boston, MA 02108
(617) 573-4887

Dated: ~~August 16, 2004~~ September 8, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (~~by hand~~) on September 8, 2004

_/s/ Mary B. Murrane_
Mary B. Murrane
Bingham McCutchen